PACK v. RANDOLPH OIL CO.

No. 343P98

Case below: 130 N.C.App. 335
349 N.C. 361
349 N.C. 350

Motion by plaintiff for suspension of rules for reconsideration of petition to rehear petition for discretionary review dismissed 24 June 1999.

REIS v. HOOTS

No. 50P99

Case below: 131 N.C.App. 721

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

RIDENHOUR v. IBM CORP.

No. 187P99

Case below: 132 N.C.App. 563

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999. Justice Martin recused.

ROBINSON v. ENTWISTLE

No. 121P99

Case below: 132 N.C.App. 519

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 24 June 1999.

STATE v. BLACKWELL

No. 233P99

Case below: 133 N.C.App. 31

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 24 June 1999.